UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MARC VAN DEN HEUVEL, | No. 2:24-cv-00009 KJM AC PS |
| Plaintiff, | |
| v. | ORDER |
| STARBUCKS COFFEE, | |
| Defendant. | |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

On January 29, 2024 the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within 21 days. ECF No. 5. Plaintiff has not filed objections to the findings and recommendations, though plaintiff did file a document on March 21, 2024. ECF No. 8. The document appears to be a proposed judgment.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey,* 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

/////

1

1 . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 29, 2024, are adopted in full; and
2. All the claims against all defendants are DISMISSED with prejudice.

DATED: April 29, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE